**Victor R. ZIEGLER, Sr.,
Plaintiff–Appellant**

v.

**Sally JEWELL, Secretary Department
of the Interior, Defendant–
Appellee.**

**No. 15–2181.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 4, 2016.

Filed: Feb. 12, 2016.

Victor Ziegler, Sr., Fort Thompson, SD,
pro se.

Kevin Koliner, Camela Catherine Theeler, U.S. Attorney's Office, Sioux Falls, SD,
for Defendant–Appellee.

Before LOKEN, MURPHY, and BYE,
Circuit Judges.

PER CURIAM.

Victor R. Ziegler, Sr., appeals the district court's [1] order, following a bench trial, finding that the Department of Interior met its burden of proving that its settlement agreement with Ziegler was obtained in compliance with the applicable provi-

sions of the Older Workers Benefit Protection Act (OWBPA). Having reviewed the district court's legal conclusions de novo, and its factual findings for clear error, *see Stonebridge Collection, Inc. v. Carmichael,* 791 F.3d 811, 817 (8th Cir.2015), we agree that the evidence showed Ziegler's waiver of his claims under the Age Discrimination in Employment Act was knowing and voluntary, and thus valid, as the settlement agreement, at a minimum, met the applicable requirements under 29 U.S.C. § 626(f), *see Parsons v. Pioneer Seed Hi–Bred Int'l, Inc.,* 447 F.3d 1102, 1104 (8th Cir.2006) (discussing protections under OWBPA). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.